# HARVEY ■ SISKIND LLP

June 12, 2007

Ian K. Boyd

**VIA E-FILING**

The Honorable James L. Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
15th Floor, Courtroom F
San Francisco, CA 94104

      Re:   *Carey v. Cocotis and Shimmick Construction Company, Inc.*
             Northern District of California, Case No. C-07-1393 JL

Your Honor:

    Following up on my conversation with Mr. Hom, I am pleased to advise the Court that the parties have reached a settlement in the above matter. The parties are in the process of signing the agreement and effectuating the terms of settlement. We anticipate filing a dismissal with the Court within the next week, if not sooner.

    Accordingly, the parties request that the Court vacate the Case Management Conference, currently scheduled to take place tomorrow. Please do not hesitate to contact the undersigned with any questions.

Sincerely,

Ian K. Boyd

IKB:cl

cc:    Michael Kelleher, Esq. (counsel for defendants)

June 14, 2007



IT IS SO ORDERED
Judge James Larson

FOUR EMBARCADERO CENTER    39TH FLOOR    SAN FRANCISCO CALIFORNIA 94111
TELEPHONE 415.354.0100    FACSIMILE 415.391.7124    WWW.HARVEYSISKIND.COM